DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00302 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: December 10, 2012 |
| HECTOR ORTIZ, | TIME: 1:00 P.M. |
| Defendant. | JUDGE: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 22, 2012, **may be continued to December 10, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense counsel is in receipt of the initial discovery as well as the government's offer in this case. Defense has made arrangements to view the evidence in the near future. Additionally, defense needs time for further investigation and intends to make a counter-offer to the government.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: October 16, 2012          By:   /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: October 16, 2012          By:   /s/ Charles J. Lee
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                HECTOR ORTIZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

    IT IS SO ORDERED.

   **Dated:**  **October 17, 2012**                  **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE