JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00302 AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:  April 22, 2013 |
| HECTOR ORTIZ, | TIME:  1:00 P.M. |
| | JUDGE: Hon. Barbara A. McAuliffe |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 11, 2013, **may be continued to April 22, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense counsel has now viewed the evidence in this case.  Additionally, defense is in receipt of an offer from the government and would like to propose a counter-offer which it is currently drafting and plans to send to the government by the end of the week.  Finally, defense has some ongoing investigation it would like to complete.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 5, 2013        By:    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 5, 2013        By:    /s/ Charles J. Lee
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      HECTOR ORTIZ

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 5, 2013**              /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE