HEATHER WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0302 AWI-BAM |
| Plaintiff, | ) STIPULATION AND  ORDER TO ADVANCE |
|  | ) STATUS CONFERENCE HEARING |
| v. | ) |
|  | ) DATE: May 13, 2013 |
| HECTOR ORTIZ, | ) TIME: 10:00 A.M. |
|  | ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 24, 2013 before Magistrate Judge McAuliffe **may be advanced to May 13, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

The parties have reached a resolution on the case and Mr. Ortiz wishes to enter into his change of plea.

///
///
///
///
///
///

Respectfully submitted,

Ortiz: Stipulation and Proposed Order

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 9, 2013 | By: /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 9, 2013 | By: /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>HECTOR ORTIZ |

**O R D E R**

IT IS SO ORDERED.

Dated: May 9, 2013

_____
SENIOR DISTRICT JUDGE